**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP) |
| ALUMINUM SHAPES, L.L.C.,<br><br>    Plaintiff,<br><br> v.<br><br>PYROTEK, INC.,<br><br>    Defendant | <br><br>ADVERSARY NO. 21-01464 (JNP)<br><br><br>Ref. Docket No. 1 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2021, I caused to be served the "Complaint," dated November 9, 2021 [Docket No. 1 in Adv. Pro. No. 21-01464], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
10th day of November, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ACTING ATTORNEY GENERAL OF NEW JERSEY | ATTN BUFFY L WILSON, DAG 25 MARKET ST, PO BOX 093 TRENTON NJ 08625-0093 |
| ARCHER & GREINER, P.C. | (COUNSEL TO ENERGY POWER INVESTMENT COMPANY LLC) ATTN: JEROLD S. KULBACK, ESQ. THREE LOGAN SQUARE 1717 ARCH STREET, STE 3500 PHILADELPHIA PA 19103 |
| BROWN & CONNERY, LLP | (COUNSEL TO POLLUTION CONTROL FINANCING, ET AL) ATTN JOSEPH M GAREMORE, DONALD K LUDMAN 6 NORTH BROAD ST, STE 100 WOODBURY NJ 08096 |
| CULLEN AND DYKMAN LLP | (COUNSEL TO PUBLIC SERVICE ELECTRIC & GAS CO) ATTN MICHAEL KWIATKOWSKI 100 QUENTIN ROOSEVELT BLVD GARDEN CITY NY 11530 |
| DILWORTH PAXSON LLP | ATTN PETER C HUGHES 1500 MARKET ST, STE 3500E PHILADELPHIA PA 19102 |
| DYER & PETERSON PC | (COUNSEL TO UGI ENERGY SERVICES, INC) ATTN GREGORY E PETERSON, ESQ 322 US HIGHWAY 46, STE 220E PARSIPPANY NJ 07054 |
| FITZPATRICK LENTZ & BUBBA, P.C. | (COUNSEL TO TALEN ENERGY MARKETING, LLC) ATTN DOUGLAS J SMILLIE, JOSEPH . D'AMICO, JR 645 W HAMILTON ST, STE 800 ALLENTOWN PA 18101 |
| FORD MOTOR CREDIT COMPANY, LLC | NATIONAL BANKRUPTCY SERVICE CENTER PO BOX 62180 COLORADO SPRINGS CO 80962 |
| FOX ROTHSCHILD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL HERZ, ESQ & JOSEPH J DIPASQUALE, ESQ 49 MARKET ST MORRISTOWN NJ 07960 |
| FOX ROTHSCHILD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL J VISCOUNT, JR, ESQ MIDTOWN BLDG 1301 ATLANTIC AVE, STE 400 ATLANTIC CITY NJ 08401 |
| FOX ROTHSCHILD, LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CRED) ATTN MARTHA B CHOVANES, ESQ 2000 MARKET ST, 20TH FL PHILADELPHIA PA 19103 |
| FROST BROWN TODD LLC | (COUNSEL TO CYGNUS MANUFACTURING COMPANY) ATTN JORDAN S BLANK, ESQ 501 GRANT ST, STE 800 PITTSBURGH PA 15219 |
| HAHALIS & KOUNOUPIS, PC | (COUNSEL TO NATHAN H. KELMAN, INC) ATTN DAVID L DERATZIAN, ESQ 20 E BROAD ST BETHLEHEM PA 18018 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| MARKOWITZ & RICHMAN | (COUNSEL TO TEAMSTERS LOC. 837 HEALTH & WELFARE FUND, ET AL) ATTN MATTHEW D. AREMAN, ESQ 123 S BROAD ST, STE 2020 PHILADELPHIA PA 19109 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO TIGER FINANCE, LLC) ATTN JOSEPH LUBERTAZZI, JR, ESQ DEIRDRE E BURKE, ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 07102 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO TIGER FINANCE, LLC) ATTN FRANKLIN BARBOSE, JR, ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 07102 |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISSION | ATTN KARL N MCCONNELL 6751 WESTFIELD AVENUE PENNSAUKEN NJ 08110 |
| MILLER JOHNSON | (COUNSEL TO NEW LIFE TRANSPORT PARTS CENTER) ATTN JOHN T PIGGINS PO BOX 306 GRAND RAPIDS MI 49501-0306 |
| MORTON & CRAIG LLC | (COUNSEL TO FORD MOTOR CREDIT COMPANY, LLC) ATTN JOHN R MORTON, JR, ESQ 110 MARTER AVE, STE 301 MOORESTOWN NJ 08057 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE ATTN MERRICK GARLAND 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | UNITED STATES DEPARTMENT OF JUSTICE ATTN JEFFREY M SPONDER, ESQ ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| PERKINS COIE LLP | (COUNSEL TO HYDRO EXTRUSION USA, LLC) ATTN: TINA N. MOSS 1155 AVENUE OF THE AMERICAS 22ND FLOOR NEW YORK NY 10036-2711 |
| PERKINS COIE LLP | (COUNSEL TO HYDRO EXTRUSION USA, LLC) ATTN: SARA L. CHENETZ 1888 CENTURY PARK EAST LOS ANGELES CA 90067 |
| RIEMER & BRAUNSTEIN LLP | (COUNSEL TO SECURED LENDER TIGER FINANCE, LLC) ATTN ANTHONY B STUMBO, ESQ TIMES SQUARE TOWER SEVEN TIMES SQUARE, STE 2506 NEW YORK NY 10036 |
| RIVKIN RADLER LLP | (COUNSEL TO RESIDENTIAL FENCES CORP) ATTN: ANA PARIKH 25 MAIN STREET, COURT PLAZA NORTH SUITE 501 HACKENSACK NJ 07601-7082 |
| SALDUTTI LAW GROUP | (COUNSEL TO EASTERN LIFT TRUCK CO, INC) ATTN REBECCA K MCDOWELL, ESQ 800 N KINGS HIGHWAY, STE 300 CHERRY HILL NJ 08034 |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW JERSEY | DEPT OF ENVIRONMENTAL PROTECTION 401 E STATE ST TRENTON NJ 08625 |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC ATTN VALERIE SMITH, SR MANAGER PO BOX 41021 NORFOLK VA 23541 |
| TAYLOR AND KEYSER LLC | (COUNSEL TO BB 316 INVESTMENTS LLC) 89 HADDON AVE, STE B2 HADDONFIELD NJ 08033 |
| THE UNITED STATES ATTORNEY GENERAL | FOR THE STATE OF NEW JERSEY ATTN ANDREW J BRUCK 25 MARKET ST TRENTON NJ 08611 |
| U.S. DEPARTMENT OF LABOR | OFFICE OF SOLICITOR (COUNSEL TO M. WALSH, SECY OF LABOR) ATTN SUZANNE DEMITRIO CAMPBELL 201 VARICK ST, ROOM 983 NEW YORK NY 10014 |
| U.S. ENVIROMENTAL PROTECTION AGENCY | REGION 2 290 BROADWAY, 17TH FLOOR 2 NEW YORK NY 10007-1866 |
| UNITED STATES ATTORNEY'S OFFICE, THE | FOR THE DISTRICT OF NEW JERSEY PETER RODINO FEDERAL BUILDING 970 BROAD ST, STE 700 NEWARK NJ 07102 |
| US ENVIRONMENTAL PROTECTION AGENCY | ATTN SCOTT PRUITT, ADMINISTRATOR ARIEL RIOS BUILDING 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 |

**Total Creditor count  37**

**EXHIBIT B**

Aluminum Shapes, L.L.C.
Case No. 21-16520
Core-2002 Email Service List

| Name | Email Address |
|---|---|
| ACTING ATTORNEY GENERAL OF NEW JERSEY | buffy.wilson@law.njoag.gov |
| ARCHER & GREINER, P.C. | jkulback@archerlaw.com |
| BROWN & CONNERY, LLP | jgaremore@brownconnery.com |
| BROWN & CONNERY, LLP | dludman@brownconnery.com |
| CULLEN AND DYKMAN LLP | mkwiatkowski@cullenllp.com |
| DILWORTH PAXSON LLP | phughes@dilworthlaw.com |
| DYER & PETERSON, PC | gpeterson@dyerpeterson.com |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | mherz@foxrothschild.com |
| FOX ROTHSCHILD LLP | mviscount@foxrothschild.com |
| FOX ROTHSCHILD, LLP | mchovanes@foxrothschild.com |
| HAHALIS & KOUNOUPIS, PC | david@employmentlaw-lv.com |
| MARKOWITZ & RICHMAN | mareman@markowitzandrichman.com |
| MCCARTER & ENGLISH LLP | jlubertazzi@mccarter.com |
| MCCARTER & ENGLISH LLP | dburke@mccarter.com |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISION | kmcconnell@mpwc.com |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISION | jhershey@mpwc.com |
| MILLER JOHNSON | pigginsj@millerjohnson.com |
| PERKINS COIE LLP | schenetz@perkinscoie.com |
| PERKINS COIE LLP | tmoss@perkinscoie.com |
| PRA RECEIVABLES MANAGEMENT, LLC | claims_rmsc@pragroup.com |
| RIEMER & BRAUNSTEIN LLP | astumbo@riemerlaw.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| SALDUTTI LAW GROUP | rmcdowell@slgcollect.com |
| SOUTHEASTERN EXTRUSION | jberry@set-tool.com |
| U.S. DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR | campbell.suzanne@dol.gov |
| U.S. DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR | ny-sol-ecf@dol.gov |

Count: 27